UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UNITED STATES GOVERNMENT,<br><br>                    Defendant. | NO.  CV-10-5112-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO PAY FILING FEE OR COMPLY WITH IN FORMA PAUPERIS REQUIREMENTS** |

On September 27, 2010, Plaintiff John William Wallace filed a Complaint but failed to pay a filing fee or apply to Proceed In Forma Pauperis.  (ECF No. 1.)  Because Mr. Wallace failed to do either during the past two-and-a-half months, **IT IS HEREBY ORDERED**:

1.   This file shall be **CLOSED.**

2.   An appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

**IT IS SO ORDERED.**  The District Court Executive shall forward copies of this Order to Mr. Wallace.

**DATED** this 10th    day of December 2010.


                          S/ Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2010\5112.dismiss.ifp.wpd

ORDER - 1